UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **AISHA DUTCHER**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**RPM LIVING, LLC**, a Texas limited liability company,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 2:23-cv-1236<br><br>Judge:<br><br>Mag. Judge: |

## RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

Filed by:[1] **AISHA DUTCHER**

Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

Aisha Dutcher and Benjamin H. Yormak, Esq.

Each entity with publicly traded shares or debt potentially affected by the outcome:

N/A

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

N/A

---

[1] When filing via CM/ECF, use the "Certificate of interested persons and corporate disclosure statement" event under Civil Events-Other Filings-Other Documents.

Each person arguably eligible for restitution:

Aisha Dutcher

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

N/A

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

                              Respectfully submitted,

Dated: December 29, 2023      **/s/ Benjamin H. Yormak**
                                       Benjamin H. Yormak
                                        Florida Bar Number 71272
                                        Lead Counsel for Plaintiff
                                        YORMAK EMPLOYMENT & DISABILITY LAW
                                        27200 Riverview Center Blvd., Suite 109
                                        Bonita Springs, Florida 34134
                                        Telephone: (239) 985-9691
                                        Fax: (239) 288-2534
                                        Email: byormak@yormaklaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on December 29, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

                                          **s/ Benjamin H. Yormak**
                                          Benjamin H. Yormak